Same case below, 395 Fed. Appx. 316.

No. 10-9841. William Scott Hames, Petitioner v. United States.

563 U.S. 982, 131 S. Ct. 2892, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3387.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9842. Chester Griffiths, Petitioner v. United States.

563 U.S. 982, 131 S. Ct. 2892, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3458.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 836.

No. 10-9845. Myleke Deon Clark, Petitioner v. United States.

563 U.S. 982, 131 S. Ct. 2892, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3372.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-9848. Tyrone J. Smith, Petitioner v. United States.

563 U.S. 982, 131 S. Ct. 2892, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3521.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-9850. Juan Gloria Cruz, Petitioner v. United States.

563 U.S. 982, 131 S. Ct. 2893, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3535.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 686.

No. 10-9851. Raquel Esquivel, Petitioner v. United States.

563 U.S. 982, 131 S. Ct. 2893, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3503.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 407 Fed. Appx. 781.

No. 10-9854. Jonathon Terrell Patterson, and Thomas Joseph Isbell, Petitioners v. United States.

563 U.S. 982, 131 S. Ct. 2893, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3525.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 773.

No. 10-9856. Conrado Arrellano-DePaz, Petitioner v. United States.

563 U.S. 982, 131 S. Ct. 2893, 179 L. Ed. 2d 1202, 2011 U.S. LEXIS 3476.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 407 Fed. Appx. 775.